FRANCES N. STURMAN, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

(Claim No. 21896.)

(Submitted April 20, 1936; decided April 28, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 269 N. Y. 627.)

In the Matter of EMMA ROSENTHAL, as Executrix of JESSE ROSENTHAL, Deceased, Respondent, against MARK GRAVES et al., Constituting the State Tax Commission, et al., Appellants.

(Submitted April 20, 1936; decided April 28, 1936.)

*Robert E. Samuels* for motion.

*John J. Bennett, Jr., Attorney-General (Seth T. Cole* of counsel), opposed.

Motion denied, without costs, and without prejudice to renewal of motion on argument of the appeal.